IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC POINDEXTER,<br>　　　　Petitioner,<br><br>v.<br><br>KENNETH CAMERON, and<br>THE ATTORNEY GENERAL OF THE<br>STATE OR PENNSYLVANIA,<br>　　　　Respondents. | CIVIL ACTION<br><br><br><br>NO. 14-1891 |

# O R D E R

**AND NOW**, this 23rd day of June, 2015, upon consideration of Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by *pro se* petitioner, Eric Poindexter, the record in this case, and the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey dated May 19, 2015, no objections having been filed, **IT IS ORDERED** as follows:

　　1.　　The Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey dated May 19, 2015, is **APPROVED** and **ADOPTED**; and,

　　2.　　Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by *pro se* petitioner, Eric Poindexter, is **DENIED**.

　　**IT IS FURTHER ORDERED** that a certificate of appealability will not issue because reasonable jurists would not debate this Court's decision that the petition does not state a valid claim of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　/s/ Hon. Jan E. DuBois
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DuBOIS, JAN E., J.